UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

NORFOLK FINANCIAL CORP.
Plaintiff,

v.

OUSLEY FINANCIAL GROUP LLC
Defendant.

CIVIL ACTION NO. 05-10941 RCL

**AFFIDAVIT CONFIRMING SERVICE OF PROCESS**

I, John J. O'Connor, hereby depose under oath and state as follows:

1. I am an attorney in good standing admitted to practice before the bar of the Commonwealth of Massachusetts and before this Court. I am counsel to the plaintiff Norfolk Financial Corp.

2. After commencing this action, I issued copies of process consisting of the complaint, a summons, a civil action cover sheet, and a civil action category sheet to the defendant Ousley Financial Group ("Ousley") in care of its President Gregory Ousley, its President (unnamed), and its registered process agent Bennett Keller.

3. I made service pursuant to Massachusetts General Laws chapter 223A § 6 by way of certified mail. Attached to this affidavit as <u>Exhibit A</u> are the original certified mail receipt cards indicating receipt of process on behalf of Gregory Ousley, the President of Ousley, and Ousley's registered process agent Bennett Keller.

4.   I make and file this affidavit pursuant to G. L. c. 223A § 6 to confirm service of process.

Signed and sworn under the pains and penalties of perjury this 9th day of June, 2005

John J. O'Connor

PABOS2:JOCONNO:616015_1
14950-91217