UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORFOLK FINANCIAL CORP. ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: |
| ) | 05 10941 RCL |
| ) | |
| OUSLEY FINANCIAL GROUP LLC ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

TO CLERK OF COURTS:

Please enter the appearance of undersigned counsel for the defendant Ousley Financial Group, LLC.

Respectfully submitted,

OUSLEY FINANCIAL GROUP, LLC.
By their attorney,

_____
Jeffrey R. Martin (BBO #322520)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
617-345-3000

Dated: June 21, 2005

2

## CERTIFICATE OF SERVICE

    I, Jeffrey R. Martin, Esquire, hereby certify that on this 21 day of June, 2005, I served a copy of the foregoing by mailing first class, postage prepaid, to:

John J. O'Connor, Esq.
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA  02110

_____
Jeffrey R. Martin

J:\Docs\27606\00000\00936595.DOC

2