UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORFOLK FINANCIAL CORP., ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: |
| ) | 05 10941 RCL |
| v. ) | |
| ) | |
| OUSLEY FINANCIAL GROUP, LLC ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ASSENTED TO MOTION FOR ADMISSION PRO HAC VICE
OF ATTORNEY FOR DEFENDANT OUSLEY FINANCIAL GROUP, LLC**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, Jeffrey R. Martin, Esq., a member in good standing of the bar of this District Court, hereby moves that Attorney James D. Bass, Esq. ("Attorney Bass"), of the law firm Blumenfeld, Kaplan & Sandweiss, P.C., 168 N. Meramec, 4th Floor, St. Louis, MO 63105 (phone: 314-863-0880, fax: 314-863-9388), be allowed to appear on behalf of defendant Ousley Financial Group LLC ("Ousley") and practice in this Court, pro hac vice, in this action. As grounds for this Motion, the undersigned states as follows:

1.  Attorney Bass certifies that (1) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, including the State of Missouri, the United States Court of Appeals for the Eighth Circuit, the Eastern District of Missouri, and the Western District of Missouri; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United

{567412.DOC;}

States District Court for the District of Massachusetts. A certificate pursuant to Local Rule 83.5.3(b) signed by Attorney Bass is attached hereto as Exhibit A.

2.  Ousley's principal place of business is in Missouri and Attorney Bass and his firm are Ousley's regular counsel.

3.  Counsel for plaintiff Norfolk Financial Group has informed undersigned counsel that plaintiff assents to this Motion for Admission Pro Hac Vice.

4.  The undersigned attorney has previously appeared in this action.

WHEREFORE, the undersigned respectfully requests allowance of this Motion.

Respectfully submitted,

OUSLEY FINANCIAL GROUP LLC.
By their attorneys,

_____
Jeffrey R. Martin (BBO # 322520)
jmartin@burnslev.com
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Telephone: 617-345-3000
Facsimile: 617-345-3299

Dated: December 6, 2005

## CERTIFICATE OF SERVICE

     I, Jeffrey R. Martin, Esquire, hereby certify that on this 6th day of December, 2005 I served a copy of the foregoing by mailing first class, postage prepaid, to:

John J. O'Connor, Esq.
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA  02110

_____
Jeffrey R. Martin

J:\Docs\27606\00000\00936613.DOC

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORFOLK FINANCIAL CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OUSLEY FINANCIAL GROUP, LLC ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: <br> 05 10941 RCL |

### RULE 83.5.3 CERTIFICATE OF JAMES D. BASS, ESQ.

I, James D. Bass, Esq., hereby certify as follows:

1. I am a member in good standing in every jurisdiction where I have been admitted, such jurisdictions including the State of Missouri, the United States Court of Appeals for the Eighth Circuit, the Eastern District of Missouri, and the Western District of Missouri.

2. To my knowledge, there are no disciplinary proceedings proceeding against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury, this 5th day of December, 2005.

_____
James D. Bass

## CERTIFICATE OF SERVICE

I, Jeffrey R. Martin, Esquire, hereby certify that on this 6th day of December, 2005 I served a copy of the foregoing by mailing first class, postage prepaid, to:

John J. O'Connor, Esq.
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA   02110

_____
Jeffrey R. Martin

J:\Docs\27606\00000\00936613.DOC

3