

**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

| TO: | RE: |
|---|---|
| **Clerk Of Court** | CIVIL ACTION #. **1:05-cv-10941** |
| **U.S.D.C For The** | CRIMINAL #. |
| **Western District of Missouri** | |

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court pursuant to the REAL ID Act was entered on **12/13/2005** by the Honorable **Reginald Lindsay**.

The following documents are included in our file and transmitted herewith:

(**X**)   Certified copy of the docket entries;

(**X**)   Certified copy of the transferral order;

(  )   Pending Motion for stay - document numbered _____

(  )   Original documents numbered _____

(  )   _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date:   **12/13/2005**          By:   **/s/ Steve York**
                                            Deputy Clerk

cc:   Counsel, File

---

The documents listed above were received by me on _____ and assigned the following case number: _____.

By: _____
Deputy Clerk

(transfer cover letter 2.wpd - 7/22/2005)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Clerk's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Ma 02210
617-748-9152

TO:  
    **Clerk Of Court**  
    **U.S.D.C   For   The**  
    **Western District of Missouri**

Our Case No.: **1:05-cv-10941**

Case Caption:   **Norfolk Financial Corp.**
                 **v.**
    **Ousley Financial Group LLC**

Please be advised that this case has been transferred to:   **Western District of Missouri**

Attached please find a copy of the INTERNAL docket sheet and a copy of the transfer order.

Following are instructions for retrieving the electronic case filings:

- Go to the Court's web site - www.mad.uscourts.gov
- Select Case Information and Click on CM/ECF - Pacer System
- At login type: your court's PACER login and password
    - Skip "Client Code". Click login

- Once you are into CM/ECF, to print the public docket sheet click:
    - Reports, Docket Sheet, Type in Case number and Run Report and then print

- To save the docket as a PDF file, go to print and change the printer to Acrobat Writer/Distiller and save as a PDF file to be retrieved later.

- To print each item on the docket sheet click on the underlined document number and print.

- To save a copy of the document to add to your docket, click on the disk icon on the menu bar under the blue CM/ECF menu bar and save as a PDF file in a folder to be retrieved later.
    - If the document does not have an underlined document number or if it does not have a document number at all, then there will be nothing to print. The entry will be just what is printed on the docket sheet.

NOTE: ONCE YOU HAVE RETRIEVED THE NECESSARY INFORMATION PLEASE

E-mail me at    **Steve_York@mad.uscourts.gov**    with your court's case information.

 Thank You

By:   **/s/ Steve York**
        Deputy Clerk

Date:  **12/13/2005**