UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action #   **1:05-cv-10941 RCL**

**Norfolk Financial Corp**
        **Plaintiff**

**Ousley Financial Group LLC**
        **Defendant**

In accordance with the courts transfer order dated **December 12, 2005.** It is hereby ORDERED:

Case transferred to the Western District of Missouri.

Date: **12/12/2005**                                    By:   **/s/ Steve York**
                                                                                    Deputy Clerk