UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORFOLK FINANCIAL CORP.<br>       Plaintiff,<br><br>v.<br><br>OUSLEY FINANCIAL GROUP LLC<br>       Defendant. | CIVIL ACTION NO. 05-10941 RCL |

## NOTICE OF CHANGE OF ADDRESS

The undersigned counsel for the Plaintiff, Norfolk Financial Corp., hereby give notice of their change of address effective October 26, 2007.  Counsel request that all pleadings, orders, and other correspondence in this matter be served on them at the address below.

NORFOLK FINANCIAL CORP.

By its attorneys,


/s/ John J. O'Connor
John J. O'Connor, BBO # 555251
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
(617) 951-2100

DATED:  October 24, 2007.

619875_1
14950-91217

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of October, 2007, I served the foregoing document

by causing a copy of same to be mailed, postage prepaid to:

James D. Bass, Esq.
Blumenfeld Kaplan & Sandweiss P.C.
168 North Meramec Avenue
St. Louis, MO  63105


Jeffrey R. Martin, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA  02110

<u>/s/ John J. O'Connor</u>
John J. O'Connor